THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Steve W. Brown,       
Appellant.
 
 
 

Appeal From Sumter County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2004-UP-005
Submitted January 12, 2004  Filed January 
 14, 2004

AFFIRMED

 
 
 
M. M. Weinberg, III, of Sumter, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 Assistant Attorney General David A. Spencer, all of Columbia;  and Solicitor 
 Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

 PER CURIAM:          Affirmed 
 pursuant to South Carolina Rules of Appellate Practice, Rule 220, and the following 
 authorities: As to Issue I: State v. Pinckney, 339 S.C. 346, 349, 
 529 S.E.2d 526, 527 (2000) (In reviewing a refusal to grant a directed verdict, 
 [an appellate court] must view the evidence in the light most favorable to the 
 State and determine whether there is any direct or substantial circumstantial 
 evidence that reasonably tends to prove the defendants guilt or from which 
 his guilt may be logically deduced.); see State v. Morgan, 282 
 S.C. 409, 411, 319 S.E.2d 335, 336 (1984) (Upon a motion for a directed verdict 
 . . . , the trial judge is concerned with the existence of evidence and not 
 its weight.).
As to Issue II:  State v. Hughey, 
 339 S.C. 439, 450, 529 S.E.2d 721, 727 (2000) (holding a circuit courts failure 
 to give a requested jury charge must be erroneous and prejudicial to warrant 
 reversal); State v. Foust, 325 S.C. 12, 16, 479 S.E.2d 50, 52 (1996) 
 (holding a charge that is substantially correct and covers the law does not 
 require reversal); State v. Kerr, 330 S.C. 132, 144, 498 S.E.2d 212, 
 218 (Ct. App. 1998) (holding when reviewing a circuit courts instruction to 
 the jury, the charge must be considered in its entirety). 
AFFIRMED.
HEARN, C.J., HOWARD, and KITTREDGE, JJ., concur.